DISMISSAL FORM FOR CRIMINAL CASES ON ANT'S MOTION/OR WD NOA 









                                        NO. 12-08-00002-CV

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS
DISTRICT

 

TYLER, TEXAS

 

 

CHARLES
AND TERRY RHYS,     §          APPEAL FROM THE 

APPELLANT

 

V.        §          COUNTY
COURT OF

 

LOIS
AND MYRTUS HANSON,

APPELLEE   §          WOOD
COUNTY, TEXAS

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION

PER
CURIAM

            Appellants and Appellees have filed an agreed motion to
dismiss this appeal.  In their motion,
the parties state that all matters in controversy between them have been fully
and finally resolved and settled. 
Because the parties have met the requirements of Texas Rule of Appellate
Procedure 42.1(a)(1), the motion is granted, and the appeal is dismissed with
prejudice.

Opinion
delivered January 23, 2008.

Panel
consisted of Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

 

 

 

 

 

 

 

 

(PUBLISH)